UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:26-cv-60831-GAYLES

JHONNY RAFAEL
RODRIGUEZ GUEVARA,

     Petitioner,

v.

WARDEN, BROWARD TRANSITIONAL
CENTER, *et al.*,

     Respondents.

_____/

**ORDER OF TRANSFER**

**GOOD CAUSE** appearing that a transfer of this cause is appropriate pursuant to S.D. Fla. L.R. 3.8 (citing § 2.15.00 of the Court's Internal Operating Procedures), due to the lower-numbered case 0:26-cv-60256-WPD, and subject to the consent of the Honorable William P. Dimitrouleas, it is

**ORDERED AND ADJUDGED** that the above styled cause is hereby transferred to the Honorable William P. Dimitrouleas for all further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of March, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above styled cause, the undersigned hereby accepts the transfer of this action. Therefore, it is

**ORDERED AND ADJUDGED** that all proceedings hereinafter shall bear Case No. 0:26-cv-60831-WPD, thereby indicating the judge to whom all pleadings should be routed.

**THE FOREGOING** transfer is herewith accepted this 24th day of March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
All counsel of record and *pro se* parties